IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-403-TUC-CKJ (HCE) |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| PABLO RODRIGUEZ, ) | |
| Defendant. ) | |

On August 1, 2008, Magistrate Héctor C. Estrada issued a Report and Recommendation [Doc. # 151] in which he recommended that the Defendant's Motion in Limine to Preclude Material Witness Depositions [Doc. #102] be denied. No objections have been filed within the time provided by 28 U.S.C. § 636(b) and Rule 59 of the Federal Rules of Criminal Procedure.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 151] is ADOPTED, and;

2. Defendant's Motion in Limine to Preclude Material Witness Depositions [Doc. #102] is DENIED.

DATED this 28th day of August, 2008.

Cindy K. Jorgenson
United States District Judge