IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PABLO RODRIGUEZ,<br><br>　　　　Defendant. | No. CR 06-403-TUC-CKJ (HCE)<br><br>**ORDER** |

　　　On August 15, 2008, Magistrate Hector C. Estrada issued a Report and Recommendation [Doc. # 159] in which he recommended that the Defendant's Motion to Sever Defendants from Joint Trial and for Relief from Prejudicial Joinder [Doc. # 96] be denied as moot. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

　　　Accordingly, after an independent review, IT IS ORDERED:

　　　1.　　The Report and Recommendation [Doc. # 159] is ADOPTED, and;

　　　2.　　Defendant's Motion to Sever Defendants from Joint Trial and for Relief from Prejudicial Joinder [Doc. # 96] is DENIED.

　　　DATED this 8th day of September, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cindy K. Jorgenson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge