1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA
8

9  UNITED STATES OF AMERICA,          )
                                       )
10              Plaintiff,             )
                                       )     No. CR 06-403-TUC-CKJ (HCE)
11  vs.                                )
                                       )
12  PABLO RODRIGUEZ,                   )         **ORDER**
                                       )
13              Defendant.             )
    _____  )
14                                     )

15          On August 19, 2008, Magistrate Hector C. Estrada issued a Report and

16  Recommendation [Doc. # 164] in which he recommended that the Defendant's Motion to

17  Suppress Statement for Miranda Violation and as Involuntary [Doc. # 120] be denied.  No

18  objections have been filed within the time provided by 28 U.S.C. § 636(b).

19          Accordingly, after an independent review, IT IS ORDERED:

20          1.      The Report and Recommendation [Doc. # 164] is ADOPTED, and;

21          2.      Defendant' s Motion to Suppress Statement for Miranda Violation and as

22  Involuntary  [Doc. # 120] is DENIED.

23

24          DATED this 3rd day of October, 2008.

25

26          _____
                      Cindy K. Jorgenson
27                    United States District Judge

28